

# THE ATTORNEY GENERAL
# OF TEXAS

## AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

July 14, 1975

The Honorable M. L. Brockette        Opinion No. H- 641
Commissioner of Education
Texas Education Agency               Re:    Constitutionality of
201 East 11th Street                        Senate Bill 1110
Austin, Texas 78701                         abolishing the office
                                            of county superintendent
                                            in Travis and Gonzales
Dear Dr. Brockette:                         Counties

You have requested our opinion concerning the constitutionality of
Senate Bill 1110, 64th Leg., which provides:

> The office of county superintendent of schools
> is abolished in Gonzales and Travis Counties. The
> duties of the office shall be performed by the county
> judge as ex officio county superintendent.

In Attorney General Opinion H-545 (1975) we indicated that a bill which
would have abolished the office of county school superintendent and the
county board of school trustees in five counties was unconstitutional. The
bill violated article 3, section 56 of the Texas Constitution, which provides
in part:

> The Legislature shall not, except as otherwise
> provided in this Constitution, pass any local or
> special law . . . [r]egulating the affairs of
> counties, cities, towns, wards or school districts.

In our opinion your question is indistinguishable from that raised in
Attorney General Opinion H-545 and therefore Senate Bill 1110 is clearly
unconstitutional as a violation of this section. Rios v. State, 288 S. W. 2d 77
(Tex. Crim. 1955); Heflin v. Wilson, 297 S. W. 2d 864 (Tex. Civ. App. --Beaumont
1956, no writ); Attorney General Opinions H-52 (1973), M-1237 (1972), M-1200
(1972), M-935 (1971), M-745 (1970).

### S U M M A R Y

Senate Bill 1110 is unconstitutional as a local
or special law.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee